DARREN T. BRENNER
Nevada Bar No. 8386
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com

*Attorneys for Defendant*
*Hartford Fire Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN JOSEPH,<br><br>           Plaintiff,<br><br>vs.<br><br>HARTFORD FIRE INSURANCE COMPANY; DOE I - X; and ROE I - X, inclusive,<br><br>           Defendants. | Case No. 2:12-cv-00798-JCM-CWH<br><br>**SUBSTITUTION OF COUNSEL** |

LEWIS AND ROCA, LLP hereby consents to the substitution of DARREN T. BRENNER, ESQ., of the law firm of AKERMAN SENTERFITT LLP as counsel of record in its place and stead on behalf of defendant Hartford Fire Insurance Company.

DATED this 5th day of May, 2013.

LEWIS AND ROCA, LLP

*Lindsay Demaree* NVB 11949 for:
JENNIFER HOSTETLER
Nevada Bar No. 11994
LEWIS AND ROCA, LLP
3993 Howard Hughes Parkway, #600
Las Vegas, Nevada 89169
tel: (702) 949-8200
fax: (702) 949-8398
JHostetler@LRLaw.com

{25789817;1}                               1

Hartford Fire Insurance Company consents to the substitution of AKERMAN SENTERFITT LLP in the place and stead of LEWIS AND ROCA, LLP as its counsel in this matter.

DATED this ___ day of May, 2013.

**HARTFORD FIRE INSURANCE COMPANY**

By: _____

Its: _____

DARREN T. BRENNER, ESQ., of the law firm of AKERMAN SENTERFITT LLP consent to its substitution as counsel for defendant Hartford Fire Insurance Company in the place and stead of Lindsay C. Demaree, Esq., Jennifer Hostetler, Esq. and Ryan T. O'Malley, Esq., of the law firm of LEWIS AND ROCA, LLP.

DATED this ___ day of May, 2013.

**AKERMAN SENTERFITT LLP**

_____
DARREN T. BRENNER
Nevada Bar No. 8386
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572

{25789817;1}

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the ___ day of May, 2013 and pursuant to Fed. R. Civ. P. 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL**, postage prepaid and addressed to:

JAMES R. ROSENBERGER, ESQ.
PICO ROSENBERGER
1916 Eastern Avenue
Las Vegas, NV 89104

*Counsel for Plaintiff*

/s/ _____
An employee of AKERMAN SENTERFITT LLP

**IT IS SO ORDERED.**
**DATED: May 21, 2013.**

_____
UNITED STATES MAGISTRATE JUDGE

{25789817;1}   3