E. BREEN ARNTZ, ESQ.
Nevada Bar No. 5569
LAW OFFICE OF E. BREEN ARNTZ
5545 Mountain Vista, Suite E
Las Vegas, Nevada 89120
T: 702-384-8000
F: 702-446-8164
breen@breen.com

AND

JAMES R. ROSENBERGER, ESQ.
Nevada Bar No. 1047
PICO ROSENBERGER
3291 E. Warm Springs Road #400
Las Vegas, NV 89120
T: (702) 382-1110
F: (702) 382-1173
jrosenberger@prlawlv.com

*Attorneys for Plaintiff,*
*STEPHEN JOSEPH*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN JOSEPH, individually,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD FIRE INSURANCE COMPANY, DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:12-cv-00798-JCM-CWH<br><br>STIPULATION AND ORDER RE EXTENSION OF TIME TO HARTFORD'S SECOND MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT HARTFORD FIRE INSURANCE COMPANY (Doc #79)<br><br>(First Request) |

IT IS HEREBY stipulated by and between the parties hereto, through their respective counsel that Stephen Joseph's Response to Defendant's Second Motion for Judgment (Doc #79)

shall be extended for a period of thirty (30) days to and including Tuesday, June 24, 2014.

DATED this \_\_\_\_ day of May, 2014.

| LAW OFFICE OF E. BREEN ARNTZ | PICO ROSENBERGER |
|---|---|
| /s/ E. Breen Arntz<br>E. BREEN ARNTZ, ESQ.<br>Nevada Bar No. 5569<br>5545 Mountain Vista, Suite E<br>Las Vegas, NV 89120<br>Attorney for Plaintiff | /s/ James R. Rosenberger<br>JAMES R. ROSENBERGER, ESQ.<br>Nevada Bar No. 1047<br>3291 E. Warm Springs Road #400<br>Las Vegas, NV 89120<br>Attorney for Plaintiff |

AKERMAN SENTERFITT LLP

/s/Darren T. Brenner
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
1160 Town Center Dr., Ste. 330
Las Vegas, NV 89144

**ORDER**

IT IS SO ORDERED.

DATED: May 30, 2014.

*[signature]*

UNITED STATES DISTRICT COURT JUDGE

2