| | |
|---|---|
| 1 | E. BREEN ARNTZ, ESQ. |
| | Nevada Bar No. 5569 |
| 2 | LAW OFFICE OF E. BREEN ARNTZ |
| | 5545 Mountain Vista, Suite E |
| 3 | Las Vegas, Nevada 89120 |
| | T: 702-384-8000 |
| 4 | F: 702-446-8164 |
| | breen@breen.com |
| 5 | |
| | AND |
| 6 | |
| | JAMES R. ROSENBERGER, ESQ. |
| 7 | Nevada Bar No. 1047 |
| | PICO ROSENBERGER |
| 8 | 3291 E. Warm Springs Road #400 |
| | Las Vegas, NV 89120 |
| 9 | T: (702) 382-1110 |
| | F: (702) 382-1173 |
| 10 | jrosenberger@prlawlv.com |
| 11 | *Attorneys for Plaintiff,* |
| | *STEPHEN JOSEPH* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN JOSEPH, individually, | CASE NO.: 2:12-cv-00798-JCM-CWH |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER RE EXTENSION OF TIME TO HARTFORD'S MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT HARTFORD FIRE INSURANCE COMPANY (Doc #82) |
| HARTFORD FIRE INSURANCE COMPANY, DOES I-X, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | (First Request) |

IT IS HEREBY stipulated by and between the parties hereto, through their respective counsel that Stephen Joseph's Response to Defendant's Motion for Judgment (Doc #82) shall be

extended for a period of thirty (30) days to and including Tuesday, June 24, 2014.

DATED this _____ day of May, 2014.

| LAW OFFICE OF E. BREEN ARNTZ | PICO ROSENBERGER |
|---|---|
| /s/ E. Breen Arntz<br>E. BREEN ARNTZ, ESQ.<br>Nevada Bar No. 5569<br>5545 Mountain Vista, Suite E<br>Las Vegas, NV 89120<br>Attorney for Plaintiff | /s/ James R. Rosenberger<br>JAMES R. ROSENBERGER, ESQ.<br>Nevada Bar No. 1047<br>3291 E. Warm Springs Road #400<br>Las Vegas, NV 89120<br>Attorney for Plaintiff |

AKERMAN SENTERFITT LLP

/s/Darren T. Brenner
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
1160 Town Center Dr., Ste. 330
Las Vegas, NV 89144

**ORDER**

IT IS SO ORDERED.

DATED: May 30, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE