# UNITED STATES DISTRICT COURT

DISTRICT OF **Nevada**

STEPHEN JOSEPH

Plaintiff,

V.

HARTFORD FIRE INSURANCE
COMPANY, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-00798-JCM-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that the court hereby awards $2500.00 in attorney's fees and costs in favor of Defendant, Hartford Fire Insurance Company and against, Plaintiff, Stephen Joseph

7/15/2014

Date

/s/ Lance S. Wilson

Clerk

/s/ D. Johnson

(By) Deputy Clerk